**Order entered May 16, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00504-CV

**UNIFIED INVESTIGATIONS & SCIENCES, INC., Appellant**

**V.**

**BRAD M. O' NEAL, Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-05484**

## ORDER

Before the Court is the parties' May 10, 2019 agreed motion for short abatement of the appeal. We **GRANT** the motion as follows. We **SUSPEND** the current deadline for the clerk's and reporter's records. We **ORDER** the parties to file, by **June 17, 2019**, either a motion to dismiss the appeal or a status report.

We **DIRECT** the Clerk of this Court to send a copy of this order to Felicia Pitre, Dallas County District Clerk; Thu Bui, Official Court Reporter for the 101st Judicial District Court; and all parties.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE